IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MODERN PERFECTION, LLC, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BANK OF AMERICA, N.A., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 22-cv-02103-LKG <br><br> Dated: August 22, 2023 |

# ORDER

For the reasons stated in the accompanying memorandum opinion, dated August 22, 2023, the Court:

(1) **GRANTS** BofA's motion to compel arbitration and to dismiss or stay this matter;

(2) **DENIES-as-MOOT** BofA's motion to dismiss; and

(3) **DISMISSES** the amended complaint.

Judgment is entered accordingly.

Each party to bear its own costs.

**IT IS SO ORDERED.**

                                                            s/ Lydia Kay Griggsby
                                                            LYDIA KAY GRIGGSBY
                                                            United States District Judge