FILED: January 13, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1965
(1:22-cv-02103-LKG)

_____

MODERN PERFECTION, LLC; FRUITFUL BEAR, LLC; GRAVITY VIDEO, INC.; BEAUTE NEST, LLC; PIZZAZZ! LLC; ERIC SNIPES INC., individually and as representatives of a class of similarly situated persons

        Plaintiffs - Appellants

and

BUZTUBR, INC.

        Plaintiff

v.

BANK OF AMERICA, N.A.

        Defendant - Appellee

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK